UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ESCOTO BERMUDEZ, | ) | CASE NO. 13-1048 AGR |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 11, 2014

_____
ALICIA G. ROSENBERG
United States Magistrate Judge